# United States District Court
## District Of Maryland

Chambers of
**Ellen Lipton Hollander**
District Court Judge

101 West Lombard Street
Baltimore, Maryland 21201
410-962-0742

September 12, 2016

MEMORANDUM TO COUNSEL

Re:   *J&J Sports Productions, Inc. v. Sunlight Lounge, Inc.*
      Civil Action No. ELH-16-2387

Dear Counsel:

As you know, on June 27, 2016, J&J Sports Productions, Inc. filed suit against Sunlight Lounge, Inc., alleging violations of the Communications Act of 1934, as amended, 47 U.S.C. § 605, *et seq.*; the Cable Television Consumer Protection and Competition Act of 1992, as amended, 47 U.S.C. § 553, *et seq.*; and conversion. ECF 1.

On July 8, 2016, a summons return was executed, which evidences service on Sunlight Lounge, Inc. on July 7, 2016. ECF 6.

Pursuant to Fed. R. Civ. P. 12(a)(1)(A)(i), a defendant must respond to a complaint within 21 days of service of the suit. As of this date, no responsive pleading to the Complaint has been filed by the defendant. *See* Docket. Therefore, within seventeen days of the date of docketing of this Order, plaintiff is directed to file a motion for clerk's entry of default as to the defendant, pursuant to Fed. R. Civ. P. 55(a), or show cause why such action is not appropriate.

Despite the informal nature of this Memorandum, it is an Order of the Court, and the Clerk is directed to docket it as such.

Very truly yours,

/s/
Ellen Lipton Hollander
United States District Judge